

WWW.MENDES.COM

Jaimie Ginzberg
212.261.8399
Partner
jaimie.ginzberg@mendes.com

June 21, 2023

**VIA CM-ECF (ELECTRONIC FILING)**
Hon. Ronnie Abrams
United States District Court Judge
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Allied World Assurance Company (U.S.) Inc. vs. Berkshire Hathaway Direct Insurance Company*
             Civil Action No. 1:23-cv-03801-RA

Dear Judge Abrams:

      We write on behalf of Defendant sued herein as "Berkshire Hathaway Direct Insurance Company" ("Defendant" or "BHDIC") and with the consent of Plaintiff Allied World Assurance Company (U.S.) Inc. ("Plaintiff" or "Allied World") in connection with the above-captioned matter.

      Pursuant to the Stipulation and Order extending Defendant's time to answer, move or otherwise respond to the Complaint signed by Your Honor on June 13, 2023, Defendant's response to the Complaint is due to be filed by July 20, 2023.

      Pursuant to the Court's Order and Notice of Initial Conference dated May 23, 2023, the parties currently must submit a joint letter and proposed case management plan by July 7, 2023 in advance of the Initial Conference currently scheduled for July 14, 2023. (Dkt. No. 7).

MENDES & MOUNT, LLP   750 SEVENTH AVENUE   NEW YORK, NY 10019   P 212.261.8000   F 212.261.8750

In light of the timing of Defendant's response to the Complaint and the nature of the discussions amongst counsel and submissions to the Court required prior to the Initial Conference, the parties write to respectfully request that the currently scheduled Initial Conference be adjourned from July 14, 2023 to August 25, 2023 (or at another time convenient for the Court). The parties further respectfully request that all related dates likewise be adjusted proportionately, including that the date for the parties to submit their joint status letter and proposed case management plan be moved to August 18, 2023 or one week prior to any new Initial Conference date scheduled by the Court.

As indicated above, the parties have conferred about the foregoing and Plaintiff consents to and joins in this request.

Application granted.  The initial pretrial conference is hereby adjourned to August 25, 2023, at 11:00 a.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#.  No later than August 18, 2023, the parties shall submit a joint status letter and proposed case management plan, as described by the Court's prior order in this action.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
06/23/2023

Very truly yours,

MENDES & MOUNT, LLP

**/S/ Jaimie H. Ginzberg**

_____
Jaimie H. Ginzberg (7439)
Stephen P. Bona (9139)
750 Seventh Avenue
New York, New York 10019
T: (212) 261-8000
F: (212) 261-8750
jaimie.ginzberg@mendes.com
stephen.bona@mendes.com

*Attorneys for Defendant sued herein as Berkshire Hathaway Direct Insurance Company*

cc:
All counsel of record via CM-ECF (electronic filing)