UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLIED WORLD ASSURANCE COMPANY (U.S.), INC.,

                    Plaintiff,

              v.

BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY.

                    Defendant.

23-CV-3801 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      With apologies to the parties and counsel, the initial pretrial conference previously scheduled for tomorrow, August 25, 2023 at 11:00 a.m., is hereby adjourned to September 1, 2023 at 11:00 a.m.  The parties may use the same dial-in information previously indicated (Call-In Number: (888) 363-4749; Access Code: 1015508#), and the Court is in receipt of the requested joint status letter and proposed case management plan.  Should the updated conference date and time present a conflict, counsel may make a request by letter for further adjournment.

SO ORDERED.

Dated:   August 24, 2023
           New York, New York

                                                Hon. Ronnie Abrams
                                                United States District Judge